UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SUNTRUST BANK,**
      Plaintiff,

-vs-              Case No. 6:11-cv-486-Orl-18KRS

**LUZ TREJOS a/k/a LUZ P. TREJOS a/k/a
LUZ PIEDAD TREJOS,**

      Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Final Default Judgment (Doc. No. 12). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Default judgment shall be entered against defendant Trejos for breach of the promissory note.

It is further **ORDERED** that Trejos pay Sun Trust Bank damages in the amount of $123,898.38 plus interest compounded at 8.9% annually from December 14, 2007, through the date of judgment; and, that Sun Trust submit a calculation of prejudgment interest accruing on December 14, 2007, through the date of this order, along with a proposed order of Final Default Judgment for the Court's approval.

Thereafter, Clerk of the Court is directed **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___6___ day of September, 2011.

              G. KENDALL SHARP
              Senior United States District Judge

Copies to: Counsel of Record